UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
    )
      v.     )     Criminal No. 26-cr-40023
    )
ANDREW MILGRIM     )
    )
    Defendant.     )

## JOINT MOTION TO SET RULE 11 DATE

The United States of America, by and through its undersigned counsel, along with the defendant, Andrew Milgrim, by and through his attorney, Sean Smith, move the Court for the scheduling of a date for a hearing for the defendant to waive Indictment and plead to the Information (a "Rule 11 Hearing"). The parties further agree that the time from the filing of the Information through the date of the Rule 11 hearing should be excluded and move the Court for an Order excluding the time to the date the Court sets the Rule 11 Hearing in this matter from all Speedy Trial Act calculations.

Respectfully submitted,

| ANDREW MILGRIM | | LEAH B. FOLEY |
| --- | --- | --- |
| | | UNITED STATES ATTORNEY |

| /s/ Sean Smith | By: | /s/ Kaitlin J. Brown |
| --- | --- | --- |
| Sean Smith, Esq. | | Kaitlin J. Brown |
| Smith & Carter, LLP | | Assistant U.S. Attorney |
| 626 Main Street, Suite 2-2 | | United States Attorney's Office |
| Bolton, MA 01740 | | 1 Courthouse Way, Suite 9200 |
| smith@smithcarterlaw.com | | Boston, MA 02210 |
| 774-317-7861 | | Kaitlin.brown@usdoj.gov |
| | | 617-748-3124 |

Date: July 6, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

/s/ *Kaitlin Brown*
Kaitlin Brown
Assistant U.S. Attorney

Date: July 6, 2026#